[No. 21581-4-III.  Division Three.  January 27, 2004.]

MELISSA NAGLE, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-2-01422-7, C. James Lust, J., entered October 25, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 21641-1-III.  Division Three.  January 27, 2004.]

PAUL LASHA, ET AL., *Appellants*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-2-01085-6, Heather K. Van Nuys, J., entered November 5, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 21653-5-III.  Division Three.  January 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID VERNON JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01407-1, Robert D. Austin, J., entered December 11, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Kurtz, J.

[Nos. 28948-2-II; 29431-1-II.  Division Two.  January 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMMY LYNN BEIERMANN, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 03-7-02192-8, Sergio Armijo, J., entered October 11, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.